UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:23-CR-00182(5)-ADA |
| | § | |
| (5) THOMAS JAMES GOMEZ | § | |

**ORDER**

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 3, 2024, wherein the defendant (5) THOMAS JAMES GOMEZ waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (5) THOMAS JAMES GOMEZ to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (5) THOMAS JAMES GOMEZ's plea of guilty to Count One S (1s) is accepted.

    Signed this 17th day of December, 2024.

                                                                           _____
                                                                           ALAN D ALBRIGHT
                                                                           UNITED STATES DISTRICT JUDGE